UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VICTOR COGGINS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DENVER LOGISTICS, LLC, and WILLIAM E. HEDGES JR.,<br><br>　　　　Defendants. | C.A. NO. |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendant Denver Logistics, LLC, (hereinafter the "Defendant"), by and through its attorney, Wilson Elser Moskowitz Edelman & Dicker LLP, submit this Notice of Removal in accordance with 28 U.S.C. §§ 1332 and 1446, and respectfully state as follows:

1. The Plaintiff, Victor Coggins, ("Plaintiff"), filed a Summons and Complaint in the Worcester Superior Court of the State of Massachusetts (the "State Court"), dated August 30, 2021, commencing this action captioned as Victor Coggins, v. Denver Logistics, LLC and William E. Hedges Jr. (the "Subject Action"). A true copy of the Summons and Complaint filed in the Subject Action is attached hereto as **Exhibit A**.

2. Upon information and belief, the Plaintiff resides in Worcester County, Commonwealth of Massachusetts. See Complaint ¶1, **Exhibit A.**

3. Defendant, Denver Logistics, LLC, is a foreign Limited Liability Company, with a principal place of business in Lancaster County, Commonwealth of Pennsylvania.

263730163v.1

4. On or about November 18, 2021, Defendant Denver Logistics, LLC, received a copy of the Summons and Complaint attached hereto as **Exhibit A**.

5. Upon information and belief and as alleged in the Plaintiff's Complaint the Defendant William E. Hedges Jr. is a resident of the Commonwealth of Pennsylvania. See **Exhibit A**.

6. The Plaintiff brings this action against the Defendants for personal injuries allegedly resulting from a motor vehicle accident.

7. Although no civil cover sheet was served with the Summons and Complaint, based on the Plaintiff's allegations that he sustained injuries to mind and body which are continuous, the Plaintiff's demand is anticipated to exceed $75,000. See **Exhibit A**.

8. Pursuant to 28 U.S.C. § 1332, the U.S. District Courts have original jurisdiction over all civil actions among citizens of different States where the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs. See 28 U.S.C. § 1332(a).

9. Removal of such cases is governed by 28 U.S.C. § 1441(a) which makes clear that "[e]xcept as expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." See 28 U.S.C. § 1441(a).

10. This Court has original jurisdiction over the subject matter of this action under the provisions of 28 U.S.C. § 1332, in that there is complete diversity between the parties and more than $75,000.00 in controversy, exclusive of interest and costs.

11. Pursuant to 28 U.S.C. § 1332, the Defendant is entitled to remove the action to this Court.

12. This removal is timely as required by 28 U.S.C. § 1446(b) as it is filed within thirty (30) days of the Defendant's receipt of the Plaintiff's Summons and Complaint.

13. Upon information and belief, the co-defendants William E. Hedges Jr. has not been served with the summons and complaint and therefore his consent is not required.

14. Pursuant to 28 U.S.C. § 1446(d), a true and correct copy of this Notice of Removal is being filed with the Clerk of the Court for the Superior Court of the State of Massachusetts, County of Worcester.  See **Exhibit B**.

WHEREFORE, the Defendant Denver Logistics, LLC hereby removes the action now pending in the Superior Court of the Commonwealth of Massachusetts, County of Worcester, and demand a jury trial.

Respectfully submitted,

DEFENDANT DENVER LOGISTICS, LLC,

By its Attorneys,

 */s/ Beata Shapiro*
Beata Shapiro, BBO #661174
beata.shapiro@wilsonelser.com
Wilson Elser Moskowitz Edelman & Dicker LLP
260 Franklin Street, 14th Floor
Boston, MA 02110
Date:  December 1, 2021            (617) 422-5300

3

## **CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on December 1, 2021, the foregoing was **filed electronically** with the United States District Court for the District of Massachusetts and served by **mail** upon the following:

Ryan D. Lang, Esq.
Morgan & Morgan
One State Street, Suite 1050
Boston, MA 02109
RLang@forthepeople.com

William E. Hedges Jr.
176 South Main Street
Manheim, PA 17545

                                              */s/ Beata Shapiro*
                                              Beata Shapiro

263730163v.1